STATE OF CONNECTICUT *v.* JULIA MACRI

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*John R. Williams,* in support of the petition.

*Robert E. Beach, Jr.,* assistant state's attorney, in opposition.

Submitted July 15—decided July 20, 1977

WILLIAM McFADDEN ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF BRIDGEPORT ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County is granted.

*Anthony T. Varone,* in support of the petition.

*Barbara G. Lifton,* in opposition.

Submitted July 15—decided July 20, 1977

RICHARD S. WEINSTEIN ET AL. *v.* WESTPORT PLANNING AND ZONING COMMISSION ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County is granted.

*Herbert F. Rosenberg,* in support of the petition.

*Lila Channing,* in opposition.